CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

MAR 26 2014

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| JULIA E. SOUTER, | ) |
| | ) |
| Plaintiff, | ) Civil Action No.: 5:13cv00061 |
| | ) |
| v. | ) |
| | ) |
| COUNTY OF WARREN, | ) By: Hon. Michael F. Urbanski |
| a Political Subdivision of Virginia, et al., | ) United States District Judge |
| | ) |
| Defendants. | ) |

## ORDER

In accordance with the Memorandum Opinion entered this day, it is **ORDERED** that the Report and Recommendation entered by the Magistrate Judge is **ADOPTED in part** and **REJECTED in part**; the motion to dismiss (Dkt. No. 9) filed by defendants is **GRANTED**; and this matter is hereby **DISMISSED with prejudice** and **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order to the *pro se* plaintiff and to all counsel of record.

Entered: March 26, 2014

/s/ Michael F. Urbanski
--------------------------------
Michael F. Urbanski
United States District Judge